```
SEAN P. PATTERSON, Esq.                    ELECTRONICALLY FILED
STATE BAR NUMBER 5736                            6-25-13
232 Court Street
Reno, Nevada 89501
(775) 786-1615
Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

```
IN RE:                            Case No.  BK-N-10-53305-GWZ
   GARY K. COMBE                           (Chapter 13)
   MARCY L. COMBE                 APPLICATION  TO   MODIFY
                                  CONFIRMED CHAPTER 13 PLAN
                                  Hearing Date: 8-30-13
                                  Hearing Time: 2:00 p.m.
                                  Time Required: 5 Minutes
              Debtors.
_____/
```

COMES NOW Debtors, by and through counsel, SEAN P. PATTERSON, Esq. and applies to this Court for a post-confirmation modification of their Chapter 13 Plan, pursuant to 11 U.S.C. §1329, for reasons more fully set forth below.

**POINTS AND AUTHORITIES**

This case was filed on or about August 20, 2010. The plan was filed on the same day. The case was filed to allow the debtors to reorganize their unsecured debt, pay their IRS obligations, and cure some vehicle arrears. The plan was confirmed on December 3, 2010.

The debtor have had some changes in their income. Miss Combe has been diagnosed, once again, with breast cancer. The Combes incurred new medical expenses, due to the treatments she has to endure. Because of these changes, the debtors fell behind on their plan payments. The debtors amended Schedule "I" and "J" are have been filed with this motion.

1

Section 1329 allows for post-confirmation modification, for good cause shown, for a period of a maximum of five (5) years from the time the first payment under the original plan was due. Counsel requests of this Court that the Plan be modified as follows: Beginning in June, 2013, the plan payment shall decrease to $100.00 for sixteen (16) months. In November, 2014, the plan shall increase to $550.00 per month for the remainder of the plan. The debtors Harley Davidson shall be paid off in October, 2014. Due to the medical issues, the debtors fell behind on their vehicle payments to Harley Davidson. The general unsecured creditors should get less money under this proposal than the confirmed plan.

The debtors shall not turnover any tax refunds for the life of the plan. Counsel requests attorneys fees of $250.00 for this motion.

RESPECTFULLY SUBMITTED this 25th day of June, 2013.

_____
SEAN P. PATTERSON, Esq.

Read and Approved by:

_____
GARY K. COMBE

Read and Approved by:

_____
MARCY L. COMBE

**DECLARATION IN SUPPORT OF FEES**

1. I am the attorney in the above-referenced matter.

2. I am duly licensed as an attorney by the State of Nevada.

3. I have prepared the above motion and state under penalty of perjury that the representations of the facts are true and correct to the best of my knowledge.

4. My hourly rate for this case is $275.00. It is anticipated that I will spend 1.5 hours in total working on this motion. This time includes, but is not limited to: discussing the case with the client, drafting this motion, drafting the Notice of Motion, setting the hearing for calendar, gathering the documents for the Trustee's anticipated objection, court time, reviewing the Trustee's objection, and reviewing the order to amend the plan.

Dated this 25th day of June, 2013.

_____
SEAN P. PATTERSON, Esq.